

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

No. 02-20-00352-CV

| | | |
|---|---|---|
| IN RE FARMERS TEXAS COUNTY MUTUAL INSURANCE COMPANY AND DAVID HOLUB, Relators | § | Original Proceeding |
| | § | County Court at Law No. 2 |
| | § | of Tarrant County, Texas |
| | § | Trial Court No. 2019-000056-2 |
| | § | April 15, 2020 |
| | § | Memorandum Opinion by Justice Wallach |

## JUDGMENT

This court has considered relators' petition for writ of mandamus and holds that the petition should be conditionally granted. Accordingly, we conditionally grant Relators' Farmers Texas County Mutual Insurance Company and David Holub's petition for writ of mandamus to the extent the trial court denied their motion to abate and direct the trial court to vacate its order denying their motion to abate and to enter an order granting their motion to abate consistent with the relief granted by the Texas Supreme Court in the *In re State Farm Mutual Automobile Insurance Co.*, Nos. 19-

0791, 19-0792, 2021 WL 1045651 (Tex. Mar. 19, 2021) (orig. proceeding) opinion. To the extent Farmers and Holub sought any other relief, we deny their petition for writ of mandamus. We are confident that the trial court will comply, and the writ will issue only if it does not.

SECOND DISTRICT COURT OF APPEALS

By _/s/ Mike Wallach_____
    Justice Mike Wallach